**STIP**
Tony Abbatangelo, Esq.
Nevada Bar No.: 003897
**COLQUITT & ABBATANGELO, LTD.**
321 S. Casino Center Blvd., Ste. 112
Las Vegas, Nevada 89101
Tel: (702) 384-1000; Fax: (702) 543-2197
Email: LasVegasLawOffice@gmail.com
*Attorney Defendant*

# UNITED STATE DISTRICT COURT
# IN AND FOR THE STATE OF NEVADA

UNITED STATE OF AMERICA,

Plaintiff,

v.

JOHAN EDUARDO ESPINOZA-FELIX,

Defendant.

Case No.: 2:18-cr-00068-RFB-CWH-1

## STIPULATED SUBSTITUTION OF COUNSEL

NOTICE IS HEREBY GIVEN that the defendant, JOHAN EDUARDO EXPINOZA-FELIZ requests a substitution of counsel in the above styled cause, wherein TONY L. ABBATANGELO, ESQ. is substituted counsel and that PAUL RIDDLE, ESQ., is no longer counsel of record for the defendant.

DATED this 22nd day of March, 2018.

| | |
|---|---|
| Paul Riddle, Esq. | Tony L. Abbatangelo, Esq. |
| State Bar No. | State Bar No. 3897 |
| 411 E. Bonneville | 321 S. Casino Center Blvd. |
| Suite 250 | Suite 112 |
| Las Vegas, NV 89101 | Las Vegas, NV 89101 |
| (702) 388-6577 | (702) 384-1000 |
| _____ | _____ |
| PAUL RIDDLE, ESQ. | TONY ABBATANGELO, ESQ. |
| DANIEL C. COE, ESQ. | |

FILED ENTERED    RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
MAR 2 2 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:            DEPUTY

COMES NOW, DEFENDANT, JOHAN EDUARDO ESPINOZA-FELIX, and hereby substitutes TONY L. ABBATANGELO, ESQ., as his counsel of record in the above entitled matter in place and instead of his prior counsel, PAUL RIDDLE, ESQ.

DATED this 22 day of March, 2018.

*Johan E Espinoza felix*
JOHAN EDUARDO ESPINOZA-FELIZ
*Defendant*

IT IS SO ORDERED.

DATED: March 27, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

COLQUITT & ABBATANGELO, LTD.
321 S. Casino Center Blvd., Ste. 112
Las Vegas, Nevada 89101
Tel: (702) 384-1000 FAX: (702) 543-2197