DAYLE ELIESON
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-5053 / Fax: (702) 388-5087
brandon.jaroch@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHAN EDUARDO ESPINOZA-FELIX,<br><br>      Defendant. | 2:18-cr-00068-RFB-CWH<br><br>Stipulation to Continue the Filing of Trial Documents (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE

ELIESON, United States Attorney, Brandon C. Jaroch, Assistant United States Attorney,

counsel for the United States of America, and Tony Abbatangelo, Esq., counsel for

JOHAN EDUARDO ESPINOZA-FELIX:

THAT THE PARTIES' DEADLINE TO SUBMIT TRIAL DOCUMENTS IN

THIS MATTER, currently scheduled for December 7, 2018, be continued until December

11, 2018.

This Stipulation is entered into for the following reasons:

1. The defense counsel has a scheduled meeting with the defendant at the Nevada Southern Detention Center in Pahrump, NV, on December 7, 2018 to discuss the trial and negotiations made with the government and will need additional time to file trial documents.

2. The parties have been diligently discussing the case to potentially limit trial or evidentiary issues during trial.

3. The parties do not foresee this brief continuance to have an impact on the current trial setting but acknowledge that a stipulation to continue the calendar call and trial may occur.

4. The parties agree to the continuance.

5. The denial of this request for continuance could result in a miscarriage of justice.

6. This is the first request to continue the filing deadline.

Dated this the 7th day of December, 2018.

Respectfully Submitted,

DAYLE ELIESON
United States Attorney

*/s/ Brandon C. Jaroch*
BRANDON C. JAROCH
Assistant United States Attorney

*/s/ Tony Abbatangelo*
TONY ABBATANGELO
Counsel for ESPINOZA-FELIX

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00068-RFB-CWH |
| Plaintiff, | ORDER |
| vs. | |
| JOHAN EDUARDO ESPINOZA-FELIX, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. The defense counsel has a scheduled meeting with the defendant at the Nevada Southern Detention Center in Pahrump, NV, on December 7, 2018 to discuss the trial and negotiations made with the government and will need additional time to file trial documents.

2. The parties have been diligently discussing the case to potentially limit trial or evidentiary issues during trial.

3. The parties do not foresee this brief continuance to have an impact on the current trial setting but acknowledge that a stipulation to continue the calendar call and trial may occur.

4. The parties agree to the continuance.

5. The denial of this request for continuance could result in a miscarriage of justice.

6. This is the first request to continue the filing deadline.

CONCLUSIONS OF LAW

The ends of justice would be served by granting said continuance since failure to grant said continuance would likely result in a miscarriage of justice and would deny the parties herein sufficient time and opportunity to effectively and thoroughly file the trial documents, taking into account the exercise of due diligence.

ORDER

IT IS ORDERED that the parties' deadline to file trial documents, currently scheduled for December 7, 2018, is vacated and continued to December 11, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: December 10, 2018.